```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   URIEL TORRES
6
7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,      ) CR.S. 11-451-JAM
11                                 )
               Plaintiff,          ) STIPULATION AND ORDER
12                                 ) TO EXTEND TIME FOR STATUS
        v.                         ) CONFERENCE AND EXCLUDE TIME
13                                 )
   URIEL TORRES,                   ) DATE: July 17, 2012
14                                 ) Time: 9:45 a.m.
               Defendant.          ) Judge: John A. Mendez
15 _____
16
17      Defendant, URIEL TORRES, by and through his counsel, DENNIS
18 S. WAKS, Supervising Assistant Federal Defender, and the United
19 States Government, by and through its counsel, PAUL A. HEMESATH,
20 Assistant United States Attorney, hereby stipulate that the
21 status conference set for June 5, 2012, be rescheduled for a
22 status conference on Tuesday, July 17, 2012, at 9:45 a.m.
23      This continuance is being requested because defense counsel
24 requires additional time to review discovery, discuss the case
25 with the government, and pursue investigation.
26      Speedy trial time is to be excluded from the date of this
27 order through the date of the status conference set for July 17,
28 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
```

1

time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: June 1, 2012

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
URIEL TORRES

DATED: June 1, 2012           BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
PAUL A. HEMESATH
Assistant U.S. Attorney

---

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which

the trial of this matter must be commenced beginning from the date of the stipulation through and including July 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for July 17, 2012, at 9:45 a.m..

Dated: June 4, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge