```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   URIEL TORRES
6
7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,      )  CR.S. 11-451-JAM
11                                 )
                Plaintiff,         )  STIPULATION AND ORDER
12                                 )  TO EXTEND TIME FOR STATUS
        v.                         )  CONFERENCE AND EXCLUDE TIME
13                                 )
   URIEL TORRES,                   )  DATE: August 28, 2012
14                                 )  Time: 9:45 a.m.
                Defendant.         )  Judge: John A. Mendez
15 _____)
```

Defendant, URIEL TORRES, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, PAUL A. HEMESATH, Assistant United States Attorney, hereby stipulate that the status conference set for July 17, 2012, be rescheduled for a status conference on Tuesday, August 28, 2012, at 9:45 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 28, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable

1

time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: July 12, 2012

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        URIEL TORRES

DATED: July 12, 2012         BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Dennis S. Waks for
                                        PAUL A. HEMESATH
                                        Assistant U.S. Attorney

---

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which

the trial of this matter must be commenced beginning from the date of the stipulation through and including August 28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for August 28, 2012, at 9:45 a.m..

Dated:  7/12/2012

                        /s/ John A. Mendez
                        JOHN A. MENDEZ
                        United States District Court Judge