DENNIS S. WAKS, BAR #142581
Attorney at Law
455 CAPITOL MALL, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9871

Attorney for Defendant
URIEL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-11-451-TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| ) | Date: June 13, 2013 |
| URIEL TORRES ) | Time: 9:30 a.m. |
| ) | Judge: Troy L. Nunley |
| Defendant. ) | |
| _____ ) | |

Defendant, URIEL TORRES, by and through his counsel, DENNIS S. WAKS, attorney at law, and the United States Government, by and through its counsel, PAUL A. HEMESATH, Assistant United States Attorney, hereby stipulate that the status conference set for April 30, 2013, be rescheduled for a status conference on Thursday, June 13, 2013, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation. Mr. Torres is housed at the Butte County jail. Since he does not speak English, a Spanish speaking interpreter or investigator is required to communicate with Mr. Torres.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for June 13, 2013, pursuant to 18 U.S.C § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: April 29, 2013                    Respectfully submitted,

                                         /s/ Dennis S. Waks
                                         Attorney for Defendant
                                         URIEL TORRES


Dated: April 25, 2013                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/Dennis S. Waks for:
                                         PAUL A. HEMESATH
                                         Assistant U.S. Attorney

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties in its entirety as its order, time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including June 13, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for defense counsel to

prepare] and Local Code T4. A new status conference date is hereby set for June 13, 2013, at 9:30 a.m.

DATED: April 29, 2013

_____
Troy L. Nunley
United States District Judge