```
 1  DENNIS S. WAKS, Bar #142581
    Attorney at Law
 2  455 Capitol Mall, Suite 350
    Sacramento, California 95814
 3  Telephone: (916) 498-9871

 4  Attorney for Defendant
    Uriel Torres
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR. S-11-451-TLN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| Uriel Torres, | ) Date: September 19, 2013 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |

The United States of America, through Assistant United States Attorney Paul Hemesath, and the defendant Uriel Torres, through his counsel, Dennis S. Waks, stipulate and agree to continue the status conference, scheduled for August 1, 2013, to September 19, 2013, at 9:30 a.m.

The government has previously provided defense counsel with a written Plea Agreement. Defense counsel, however, needs additional time to discuss the proposed resolution and review its terms with his client, and to advise the defendant on how to proceed. The additional time is therefore needed for attorney preparation and

continuity of counsel. Both parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reasons stated above up to and including September 19, 2013.

Respectfully submitted,

DATED: July 25, 2013    /s/ Dennis S. Waks
                        Attorney for Defendant
                        URIEL TORRES

                        BENJAMIN B. WAGNER
                        United States Attorney

DATED: July 25, 2013    /s/ Dennis S. Waks for
                        PAUL ANDREW HEMESATH
                        Assistant U.S. Attorney

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for August 1, 2013, is continued to September 19, 2013, at 9:30 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best

2

interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including September 19, 2013.

DATED: July 26, 2013

Troy L. Nunley
United States District Judge