DENNIS S.WAKS,  #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, CA  95814
Tel: 916-498-9871  Fax 916-441-6553
denniswaks@gmail.com


Attorney for Defendant
URIEL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIEL TORRES,<br><br>Defendant. | Case No.  CR. S-11-451-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:   December 19, 2013<br>Time:  9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

The United States of America, through Assistant United States Attorney, Paul A. Hemesath,  and the defendant Uriel Torres, through his counsel Dennis S. Waks,  stipulate and agree to continue  the status conference scheduled for November 7, 2013,  to December 19, 2013, at 9:30 a.m.

The government has previously provided defense counsel with discovery and a written Plea Agreement.  Defense counsel, however, needs additional time to discuss the proposed resolution and review its terms with his Spanish speaking client, and to advise the defendant on how to proceed.  The additional time is therefore needed for attorney preparation and continuity of counsel. Both parties request that time be excluded pursuant  to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reason stated above up to and including December 19, 2013.

-1-

Respectfully Submitted

DATED: November 1, 2013     / s / Dennis S. Waks
Attorney for Defendant
URIEL TORRES


BENJAMIN B.WAGNER
United States Attorney

DATED: November 1, 2013     / s / Dennis S. Waks  for
PAUL ANDREW HEMESATH
Assistant United States Attorney


# **O R D E R**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for November 7, 2013, is continued to December 19, 2013, at 9:30 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, up to and including December 19, 2013.

DATED: November 4, 2013

_____
Troy L. Nunley
United States District Judge